OPINION — AG — THE PHRASE " AT LEAST ONE DAY BEFORE THE HEARING " AS USED IN SECT. 1 OF HOUSE BILL NO. 346 (43A O.S.H. 55) AS AMENDED MEANS THAT THE NOTICE IN A CASE IN COUNTY COURT WHERE AN ISSUE IS WHETHER OR NOT AN INDIVIDUAL IS TO BE INVOLUNTARILY ADMITTED TO A STATE MENTAL HOSPITAL MAY BE SERVED ON ONE DAY, AND THE HEARING MAY THEN BE HELD ON THE NEXT DAY AT ANY TIME NOT LESS THAN TWENTY FOUR HOURS AFTER THE TIME OF THE SERVICE OF SUCH NOTICE. CITE: 12 O.S.H. 73 (JAMES GARRETT)